UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR VARONA<br><br>                               Petitioner,<br><br>v.<br><br>KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; TODD LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; JESUS ROCHA, ACTING FIELD OFFICE DIRECTOR, SAN DIEGO FIELD OFFICE; CHRISTOPHER J. LAROSE, SENIOR WARDEN, OTAY MESA DETENTION CENTER,<br><br>                               Respondents. | Case No.: 25-cv-3328-JES-SBC<br><br>**ORDER DENYING AS MOOT PETITIONER'S MOTION TO MODIFY COURT ORDER**<br><br>**[ECF No. 10]** |

    Before the Court is Petitioner Julio Cesar Varona's Motion to Modify the Court's December 8, 2025, Order, in which it granted Petitioner habeas relief pursuant to 28 U.S.C. § 2241. ECF Nos. 10 ("Mot."), 8. In the Motion, Petitioner expressed concern that

Respondents would detain him during his journey home to Florida. Mot. at 2. Accordingly, Petitioner requested that the Court enjoin Respondents from re-detaining him unless there has been a change in circumstances which create a reasonable likelihood of his removal in the reasonably foreseeable future. *Id*. On December 11, 2025, the Court ordered Petitioner to file briefing by December 16. ECF No. 11. Since being released, Petitioner returned to Florida and completed a check-in with Immigration and Customs Enforcement. ECF No. 13. In light of this, Petitioner believes that the request is now moot. *Id*. Petitioner's counsel has conferred with the assigned US Attorney, who also agrees that this motion is now moot.

Accordingly, the Court **DENIES AS MOOT** Petitioner's Motion. If Petitioner wishes to seek habeas relief from the Court related to the Government's efforts or success in re-detaining him in the future, he will be required to file a new petition.

**IT IS SO ORDERED.**

Dated: December 17, 2025

Honorable James E. Simmons Jr.
United States District Judge